UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-34935 |
| Patricia T Werner | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL

THIS CAUSE coming to be heard on the motion of Wells Fargo Bank, N.A., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the secured creditor alleging that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:

(1) Pursuant to 11 U.S.C. Section 362(d), that Wells Fargo Bank, N.A. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 2830 Powell Court, Naperville, IL 60563.

(2) Wells Fargo Bank, N.A.'s request for dismissal is withdrawn.

(3) The claim of  Wells Fargo Bank, N.A. is hereby withdrawn.  No further payments are to be disbursed to Wells Fargo Bank, N.A. on its Proof of Claim.

(4) Rule 4001(a)(3) is waived and Wells Fargo Bank, N.A. may immediately enforce and implement this order granting relief from the automatic stay

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated:  October 20, 2017

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-16-14535)