**PUNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PATRICIA T. WERNER ) | |
| ) | No. 16-34935 |
| ) | Chapter 13 (Kane) |
| Debtors ) | Honorable Janet S. Baer |
| ) | Hearing Date: 05/03/2019, 10:00 a.m. |

**AGREED ORDER**

This matter coming before the court for hearing on KINGSPOINTE OF NAPERVILLE CONDOMINIUM ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 and Relief from the debtor Stay pursuant to Section 1301 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the parties being in agreement and the court being fully advised,

IT IS HEREBY ORDERED:

1. Through April 2019, there is a balance of $2,020.68 due and owing to Kingspointe of Naperville Condominium Association from Debtor for post-petition assessments, late fee, attorney's fees, and court costs.

2. Debtor shall pay this $2,020.68 balance as follows:

   a. $673.56 shall be paid on or before May 10, 2019;

   b. $673.56 shall be paid on or before June 10, 2019;

   c. $673.56 shall be paid on or before July 10, 2019;

3. Additionally, Debtor shall pay her regular monthly assessment and all other charges which become due and owing on or before the 1st of each month beginning with the May 2019 assessment and continuing for the pendency of the bankruptcy.

By _____
Rachel Irwin, Attorney for Kingspointe
of Naperville Condominium Association

By _____
Ron Cummings, attorney for debtor

1

4. Should Debtor default on any of the payments set forth in Paragraphs 2 or 3 above, then the Stay shall be modified, without further order of court, so as to allow Movant to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 2830 Powell Court, Naperville, Illinois 60563, PROVIDED that written notice of default is sent to Debtor, Debtor's Attorney, and the Chapter 13 Trustee (either by regular mail or through ECF). The Stay shall be modified unless Debtor cures by payment of the amount specified in the notice of default, which may include attorneys' fees not to exceed $100.00 incurred for the issuance of the notice of default, within 15 days of the mailing of the notice of default. In order to cure, funds must be paid in the form of certified check, money order or cashier's check payable to and tendered at the offices of Keay & Costello, P.C. at the address below.

AGREED TO:

By _____
Rachel Irwin, Attorney for Kingspointe
of Naperville Condominium Association

By _____
Ron Cummings, attorney for debtor

ENTER:

_____
Janet S. Baer
Bankruptcy Judge
Date: May 3, 2019

Attorney No. 6327075
Rachel Irwin
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

2